# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VANGUARD PROPERTIES, LLC D/B/A Tuscany Village, LLC and Tuscany Village Apartments, LLC,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>(1) EVANSTON INSURANCE COMPANY, a foreign for-profit Insurance Corporation,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case Number: CIV-14-360-R<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

All parties to this action, including Vanguard Properties, LLC D/B/A Tuscany Village, LLC and Tuscany Village Apartments, LLC, Plaintiff, and Evanston Insurance Company, Defendant, stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a).

　　　　　　　　　　　　　　　　　Respectfully submitted


　　　　　　　　　　　　　　　　　By:　　/s/Michael D. McGrew
　　　　　　　　　　　　　　　　　　　　Michael D. McGrew, OBA #03167
　　　　　　　　　　　　　　　　　　　　Michael D. McGrew & Associates, PC
　　　　　　　　　　　　　　　　　　　　400 N. Walker, Suite 115
　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　　　　　　　Telephone: (405) 235-9909
　　　　　　　　　　　　　　　　　　　　Facsimile: (405) 235-9929
　　　　　　　　　　　　　　　　　　　　mcgrewslaw@yahoo.com
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF


　　　　　　　　　　　　　　　　　By:　　/s/Tim N. Cheek
　　　　　　　　　　　　　　　　　　　　Tim N. Cheek – OBA #11257
　　　　　　　　　　　　　　　　　　　　D. Todd Riddles – OBA #15143

1

                    Gregory D. Winningham – OBA #22773
                    Tyler J. Coble – OBA #30526
                    CHEEK LAW FIRM, PLLC
                    311 North Harvey Avenue
                    Oklahoma City, Oklahoma  73102
                    Telephone: (405) 272-0621
                    Facsimile: (405) 232-1707
                    ATTORNEYS FOR DEFENDANT